# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | Voluntary Petition |
|---|---|

| NAME OF DEBTOR | JOINT DEBTOR |
|---|---|
| **John O'Malley** | **Denise N. O'Malley** |
| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (Including married,maiden & trade) | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS(Including married,maiden & trade) |
| SOC. SECURITY #/TAX I.D. NO (If more than one, state all)  IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) | SOC. SECURITY #/TAX I.D. NO (If more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) |
| **\*\*\*-\*\*-4041** | **\*\*\*-\*\*-3371** |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| **1903 Brighton Ln** <br> **Plainfield IL 60544** | **1903 Brighton Ln** <br> **Plainfield IL 60544** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| **Will** | **Will** |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

*NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

| TYPE OF DEBTOR (Check all boxes that apply) | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) | | |
|---|---|---|---|---|
| [x] Individual(s) | [] Railroad | [X] Chapter 7 | [] Chapter 11 | [ ] Chapter 13 |
| [] Corporation | [] Stockbroker | [] Chapter 9 | [] Chapter 12 | [] |
| [] Partnership | [] Commodity Broker | [] Sec 304 0– Case ancillary to foreign proceeding | | |
| [] Other_____ | | | | |

| NATURE OF DEBTS (Check one box) | FILING FEE (Check one box) |
|---|---|
| [x] Consumer/Non-Business   [] Business | [x] Full Filing Fee attached |
| | [ ] Filing Fee to be paid in installments (Applicable to individuals only). |
| **CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)** | Must attach sign... |
| [] Debtor is a small business as defined in 11 U.S.C. S101 | is unable to pay f... |
| [] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional) | Rule 1006(b) Se... |

```
        U.S. Bankruptcy Court
       Northern District Of Illinois
     Filed: 03/05/2004
     Time: 15:05:21
     Debtor: JOHN O'MALLEY
     Case: 04-08836     Fee : 209
     Chapter: 7 Rec. # : 3066705
     Judge: Bruce Black
     341 mtg: 05/05/2004 @ 11:00AM
     Trustee: DEBORAH EBNER
```

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[] Debtor estimates that funds will be available for distribution to unsecured creditors
[x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there wi... creditors.

| ESTIMATED NO. OF CREDITORS | [x] | | 19 |
|---|---|---|---|
| ESTIMATED ASSETS | [x] | $ | 326,749 |
| ESTIMATED DEBTS | [x] | $ | 368,409 |

1:04BK08836-BK001

Voluntary Petition

(This page must be completed and filed in every case)

**NAME OF DEBTOR(s)**

**John O'Malley**

**Denise N. O'Malley**

| I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITIIN LAST 6 YEARS (IF BLANK, THIS IS FIRST IN 6 YRS | | |
|---|---|---|
| LOCATION WHERE FILED: | CASE NO. | DATE FILED |
| | | |

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S) | | |
|---|---|---|
| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A** (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

_____Exhibit A is attached and made a part of this petition

**Exhibit C** Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? NO    If yes and Exhibit C is attached and made a part of this petition _____XXXX No

Signature of Non-Attorney Petition Preparer    I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer_____Social Sec#_____Address_____
X_____ Signature of Bankruptcy Peition Preparer   A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.   I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each such Chapter and choose to proceed.   I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated: 03 / 01 /2004     **Sign: X** _John O'Malley_

Dated: 3/ 1 /2004     **Sign: X** _Denise N. O'Malley_

Exhibit B - Signature of Attorney

Attorney Name: Sharon  Hunt

Bar No: 619532

Law Offices of Peter Francis Geraci
55 E. Monroe Street
#3400
Chicago IL 60603
312.332.1800
312.332.6354 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

Attorney Name: Sharon  Hunt

Dated: 03 / 04 /2004

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of ...

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the bankruptcy code.

There are many other provisions of the Bankruptcy Code that may affect you situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specifc case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.  A discharge is a court order that says that you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there  may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,0000 ($250,000 in unsecured debts and $750,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TOYOUR SPECIFIC CASE.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

In re   **John O'Malley and Denise N. O'Malley / Debtors**

Case No. :

Attorney for Debtor: Sharon Hunt

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

    | | | |
    |---|---|---|
    | For legal services rendered, Debtor(s) agrees to pay | $ | 2,295 |
    | Prior to the filing of this Statement, Debtor(s) has paid | $ | 2,295 |
    | Balance Due | $ | 0 |

2.  The Filing Fee has been paid.

3.  The Service rendered or to be rendered include the following:

    (a) Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file a petition under Title 11, U.S.C.
    (b) Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) Representation of the client at the first meeting of creditors.
    (d) Advice as required.

4.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.

5.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed and none other.

6.  The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following for the value stated: None.

7.  The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid without the client's consent, except as follows: None.

Respectfully submitted,

Dated: _03_ / _04_ /2004

Attorney Name: Sharon Hunt

Bar No: 619532
Law Offices of Peter Francis Geraci
55 E. Monroe Street
#3400
Chicago IL 60603
312.332.1800

BY WHOM

In re: **John O'Malley and Denise N. O'Malley / Debtors**

## SCHEDULE A - REAL PROPERTY

Case No. : _____

Except as directed below, list all real property in which the debtor has any legal, equitable, or furture interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| **1903 Brighton Ln Plainfield, IL 60544 (Debtor's Residence)** | | J | $ 220,000 | $ 228,100 |
| | | Total | $ 220,000 | |

In re: **John O'Malley and Denise N. O'Malley / Debtors**

## SCHEDULE B - PERSONAL PROPERTY

Case No. : _____

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 01. Cash on Hand | | [x] None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associatens, or credit unions, brokerage houses, or cooperatives. | | |
|     **TCF Bank Checking Account - Account #0826** | | $ 100 |
|     **First Midwest Bank Checking Account with no balance - Account #5738** | | None |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | | [x] None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
|     **Household goods;3 TV, DVD, camcorder, computer, CD player, fax, camera, VCR, stereo, sofa, loveseat, coffee table, end table, dining set, vacuum, table, chairs, lamps, entertainment center, 3 bedroom sets, washer/dryer, stove, refrigerator, microwave, freezer, pots/pans, dishes/flatware, lawn mower, snow blower, bbq grill, bikes, patio furn., tools, work tools, garden equip.** | | $ 1,500 |
|     **Best Buy - electronics** | J | $ 300 |

# Property Profile and Market Analysis

*Prepared especially for:*

## John and Denise O'Malley

*Property Located at:*

1903 Brighton Lane
Plainfield, IL 60544

*Prepared by:*

**Debra Sanders**
**Coldwell Banker Honig-Bell**
**950 Essington Road**
**Joliet, IL. 60435**

**Office: 815-744-1000**
**Mobile: 815-342-0066**
**Pager: 815-773-6006**
**E-Mail: sanders.debbie@comcast.net**

*Sunday, February 15, 2004*

Monday, February 16, 2004

John and Denise O'Malley
1903 Brighton Lane
Plainfield, IL 60544

**Dear John and Denise O'Malley:**

Thank you for the opportunity to present my marketing plan to you.

I have prepared this market analysis in order to provide you with the most current information about what is happening in the market place.

Since the other comparable properties may vary in size and amenities relative to your home, I have taken the market analysis process one step further. In addition to the standard statistical analysis, I have prepared an "Adjusted Market Analysis" for you. This analysis more accurately indicates the "Price Point" in today's market place for your home based on the area you live in, the size of your property and its amenities. This comparative market analysis will provide you with the information necessary to determine an indicated price range for your home in today's market.

It is especially important in the current market to set the price correctly and to prepare your home for "show". There is a large inventory of homes available in every price range, the buyers are comparison shopping. The "best" homes at the right price are the ones that are attracting the qualified buyers.

Enclosed you will find a copy of my marketing program which I will be going over in detail with you. It is a dynamic plan, and I think you are going to feel very comfortable with us marketing your home.

I am looking forward to working with you on the marketing of your home.

Sincerely,


Debra Sanders

# Properties Currently for Sale



| | | |
|---|---|---|
| **Addr:** 1707 Chestnut Hill Rd | | **DOM/MT:** 197 |
| **MLS#:** 03188346 | **Sold Price:** | **List Price:** $ 229,900 |
| **Beds:** 4 | **Baths:** 2.1 | **SqFt:** |
| **List Dt:** 8/4/2003 | **Sold Date:** | **Expired Date:** |
| **Year/Age:** 1991 | **$/Sqft:** N/A | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | | |
| **Lot Size:** 75X101 | | #1 |

**Agent Comments:**

**Remarks:** Like New! Custom Built 4 Bedroom 2 Story! So Much Home For The Price! Finished Rec Room In Basement 20x14 Bonus Room Over Gar Almost Finished*gourmet Kitchen With Custom Oak Cabinets*sliding Doors To Deck*sunken Family Room Has Vaulted Ceiling, Bay Window & Fireplace Financing Fell Thru On Previous Deal! Pool & Clubhouse!

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:almost Finished*gourmet K; Attached,2car Gar. Utilities: Air:cen Air; Heat:gas,forced Air; Water:public; Sewer:sewer-pub. Interior: Basement:full,finished; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:fam Room,rec,utl/lndry-1; Approx. Sf..



| | | |
|---|---|---|
| **Addr:** 1801 Brighton Lane | | **DOM/MT:** 22 |
| **MLS#:** 04020175 | **Sold Price:** | **List Price:** $ 249,900 |
| **Beds:** 4 | **Baths:** 2.1 | **SqFt:** |
| **List Dt:** 1/26/2004 | **Sold Date:** | **Expired Date:** |
| **Year/Age:** 2003 | **$/Sqft:** N/A | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | | |
| **Lot Size:** 75 X 100 X 75 X 100 | | #2 |

**Agent Comments:**

**Remarks:** Spacious New Home In Great Neighborhood! 2 Story Entry, 9' 1st Fl Clg, Inviting Kit W/custom Cabinets Center Island & Planning Desk. Fireplace In Fam Rm, Ceramic Tile In Foyer & Powder Rm. Large Master W/lux Ba Complete W/oversized Soaking Tub & Sep Shower. Full Bsmt, Deck & Concrete Drive. Neighborhood Pool & Park!

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar. Utilities: Air:none; Pure/humid,central Air,cn; Heat:gas; Water:public; Sewer:sewer-pub,sewer-strm. Interior: Basement:full; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:utl/lndry-1 Flr; Approx. Sf.. Extras:deck/oven/rng,dshwsh,disp



| | | |
|---|---|---|
| **Addr:** 1715 Brighton Lane | | **DOM/MT:** 43 |
| **MLS#:** 04002062 | **Sold Price:** | **List Price:** $ 270,450 |
| **Beds:** 4 | **Baths:** 2.1 | **SqFt:** 2,370 |
| **List Dt:** 1/5/2004 | **Sold Date:** | **Expired Date:** |
| **Year/Age:** 2003 | **$/Sqft:** $114 | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | | |
| **Lot Size:** 75 X 100 X 75 X 100 | | #3 |

**Agent Comments:**

**Remarks:** New Construction Ready Now! Beautiful Home On Premium Lot. 2 Story Entry, 9' 1st Floor Clg, Wood Floors In Kit, Foy, & Powder Rm, Spacious Kitchen W/custom Cabinets, & Center Island. Gas Fp In Fam Rm, Inviting Master W/wi Clst Lux Ba W/oversized Soaking Tub & Sep Shower. Large Laundry Rm W/outside Access, Full Bsmt & More! Bldr

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar. Utilities: Air:cen Air; Heat:gas,forced Air; Water:public; Sewer:sewer-pub,sewer-strm. Interior: Basement:full; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:; Approx. Sf.2370. Extras:deck,porch/oven/rng,microwave,dshwsh

Information deemed to be reliable although not guaranteed.

# Expired Properties



| | |
|---|---|
| **Addr:** 1625 Canterbury | **DOM/MT:** 94 |
| **MLS#:** 03258400   **Sold Price:** | **List Price:** $ 175,000 |
| **Beds:** 3   **Baths:** 2.1 | **SqFt:** |
| **List Dt:** 10/31/2003   **Sold Date:** | **Expired Date:** 1/30/2004 |
| **Year/Age:**   **$/Sqft:** N/A | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 74X100X75X103 | #4 |

**Agent Comments:**

**Remarks:** **pre-approval Letter (not Pre-qual)or Proof Of Funds Required With All Offers To Purchase. Addendums Also Required. Buyer Responsible For Termite, Survey And Any Inspections. Sold "as-is". Call List Office **not List Agent** For Combo And Addendums.

**Features:** Type: 2 Story; Exterior: Cd; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2.5car Gar. Utilities: Air:cen Air; Heat:gas; Water:public; Sewer:sewer-pub. Interior: Basement:full; # Fireplace:; Master Bath:y; Dining Room:; Other Rooms:; Approx. Sf:. Extras:/



| | |
|---|---|
| **Addr:** 1705 Canterbury Court | **DOM/MT:** 25 |
| **MLS#:** 03198173   **Sold Price:** | **List Price:** $ 239,900 |
| **Beds:** 4   **Baths:** 2.1 | **SqFt:** 2,300 |
| **List Dt:** 8/15/2003   **Sold Date:** | **Expired Date:** 9/9/2003 |
| **Year/Age:** 1991   **$/Sqft:** $104 | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 70X100 | #5 |

**Agent Comments:**

**Remarks:** Beautiful 2 Story Home On Cul-de-sac In Pool/ Clubhouse Community. 4 Bdrm, 2.5 Bth, Eaik, Porch, Fenced Backyard, Finished Rm In Bsmt, F/p W/gas Logs, H/w Flrs In Fr & Dr, Ceramic Tile In Foyer & .5 Bth, Soaker Tub & Skylight, 2 Wic, Vaulted Ceilings In Master Bdrm. Neautral Decor, Appl Stay, Move In Cond.

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar. Utilities: Air:cen Air; Heat:gas,forced Air; Water:public; Sewer:sewer-pub. Interior: Basement:full,partially Finished,e; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:fam Room,utl/lndry-2 Flr; Approx. Sf:2300. Extras:patio,vlted/cthdrl



| | |
|---|---|
| **Addr:** 1711 Chestnut Hill Rd | **DOM/MT:** 107 |
| **MLS#:** 03239637   **Sold Price:** | **List Price:** $ 239,900 |
| **Beds:** 4   **Baths:** 2.1 | **SqFt:** 2,400 |
| **List Dt:** 10/6/2003   **Sold Date:** | **Expired Date:** 11/13/2003 |
| **Year/Age:** 1992   **$/Sqft:** $99 | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 75X101 | #6 |

**Agent Comments:**

**Remarks:** Charming 2-story With Lots Of Nice Woodwork! Welcome Home To An Inviting Front Porch With Nice Shade Tree Kensington Model Has Wonderful Floor Plan W/all The Goodies! Oversized Family Room W/fireplace! Master Bedroom Suite And Luxury Bath Boasting Vaulted Ceilings! Private Deck & Fenced Yard! Wonderful Established Neighborhood!

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar,auto Do. Utilities: Air:cen Air; Heat:gas; Water:public; Sewer:sewer-pub. Interior: Basement:full; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:utl/lndry-1 Flr; Approx. Sf:2400. Extras:deck/oven/rng,microwave,dshwsh

# Expired Properties



| | |
|---|---|
| **Addr:** 1801 Brighton Lane | **DOM/MT:** 47 |
| **MLS#:** 03282651   **Sold Price:** | **List Price:** $ 249,900 |
| **Beds:** 4   **Baths:** 2.1 | **SqFt:** |
| **List Dt:** 12/10/2003   **Sold Date:** | **Expired Date:** 1/26/2004 |
| **Year/Age:** 2003   **$/Sqft:** N/A | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 75 X 100 X 75 X 100 | # 7 |

**Agent Comments:**

**Remarks:** All Nego Thorugh Builder. Spacious 4 Bedroom 2 1/2 Bath Home. Custom Kitchen Cabinets. Wood Burning Fireplace In Family Room, Ceramic Tile In Foyer And Powder Room. 6 1/2 Lb Padding Throughout. Full Basement, Concrete Driveway & Deck. Excellent Recreational Facilities - Pool, Clubhouse And Parks! Builder Holds Deposit.

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar. Utilities: Air:none; Pure/humid,central Air,on; Heat:gas; Water:public; Sewer:sewer-pub,sewer-strm. Interior: Basement:full; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:utl/lndry-1 Flr; Approx. Sf.. Extras:deck/oven/rng,dshwsh,disp



| | |
|---|---|
| **Addr:** 1902 Chestnut Hill Road | **DOM/MT:** 4 |
| **MLS#:** 03222991   **Sold Price:** | **List Price:** $ 256,900 |
| **Beds:** 4   **Baths:** 2.1 | **SqFt:** 2,400 |
| **List Dt:** 9/15/2003   **Sold Date:** | **Expired Date:** 9/19/2003 |
| **Year/Age:** 1995   **$/Sqft:** $107 | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 100X78.95X103.25X79.9 | # 8 |

**Agent Comments:**

**Remarks:** Exceptional 4 Bdrm In A Pool/clubhouse Community W A Delightful Pond View! Shows Like A Model. Gleaming Hdwd Flrs In Lr,dr & Fr,ceramic In Kitchen. Upgraded Birch Cabinets,wbfp. Extra Large Mbr W Vaulted Ceiling & Huge Wi Closet- None Like It On Market! Luxury Mbth W Sep Shower.best Value In Brighton Lakes! Relo Addendu

**Features:** Type: 2 Story; Exterior: Avs,br; Waterfront: Y; Parking/#cars: G/2; Garage Desc:attached,2car Gar. Utilities: Air:cen Air; Heat:gas; Water:public; Sewer:sewer-pub. Interior: Basement:partial,crawl; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:; Approx. Sf:2400. Extras:deck,vlted/cthdrl Cln,sky/oven/rng,microwave,dshwsh

Information deemed to be reliable although not guaranteed.

# Properties Pending Sale



**Addr:** 1711 Chestnut Hill Rd
**MLS#:** 03280720    **Sold Price:**
**Beds:** 4    **Baths:** 2.1
**List Dt:** 12/7/2003    **Sold Date:**
**Year/Age:** 1992    **$/Sqft:** $99
**City/Area:** Plainfield/Brighton Lakes
**Lot Size:** 75 X101

**DOM/MT:** 72
**List Price:** $ 239,900
**SqFt:** 2,400
**Expired Date:**
**Map Code:** N:0 W:30 S:21 E:0

**# 9**

**Agent Comments:**

**Remarks:** Beautiful Kensington Model With Spacious 2 Story Entrance, Huge Kitchen, Hardwood Floors. Master Suite And Luxury Bath With Volume Ceilings. Front Porch.club House And Swim Club Close By And Incl In Asm. Very Private Deck And Fenced Yard. Wonderful Well Established Neighborhood. Great Family Home! Easy To Show!

**Features:** Type: 2 Story; Exterior: Avs; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar,auto Do. Utilities: Air:cen Air; Heat:gas,forced Air; Water:public; Sewer:sewer-pub. Interior: Basement:full,unfinished; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:fam Room,utl/lndry-1 Flr; Approx. Sf:2400. Extras:patio,vlted/cthdrl

Information deemed to be reliable although not guaranteed.

# Properties Recently Sold



| | |
|---|---|
| **Addr:** 1625 Canterbury | **DOM/MT:** 95 |
| **MLS#:** 04032233 **Sold Price:** $ 171,000 | **List Price:** $ 175,000 |
| **Beds:** 3 **Baths:** 2.1 | **SqFt:** |
| **List Dt:** 2/9/2004 **Sold Date:** 2/11/2004 | **Expired Date:** 2/10/2004 |
| **Year/Age:** **S/Sqft:** N/A | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 74X100X75X103 | **# 10** |

**Agent Comments:**

**Remarks:** \*\*pre-approval Letter (not Pre-qual)or Proof Of Funds Required With All Offers To Purchase. Addendums Also Required. Buyer Responsible For Termite, Survey And Any Inspections. Sold "as-is". Call List Office \*\*not List Agent\*\* For Combo And Addendums.

**Features:** Type: 2 Story; Exterior: Cd; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2.5car Gar. Utilities: Air:cen Air; Heat:gas; Water:public; Sewer:sewer-pub. Interior: Basement:full; # Fireplace:; Master Bath:y; Dining Room:; Other Rooms:; Approx. Sf. Extras:/

| | |
|---|---|
| **Addr:** 1609 Brighton Lane | **DOM/MT:** 103 |
| **MLS#:** 02240370 **Sold Price:** $ 187,500 | **List Price:** $ 189,900 |
| **Beds:** 3 **Baths:** 2.1 | **SqFt:** 2,300 |
| **List Dt:** 10/21/2002 **Sold Date:** 3/12/2003 | **Expired Date:** 1/30/2003 |
| **Year/Age:** 1992 **S/Sqft:** $81 | **Map Code:** N:0 W:30 S:21 E:0 |
| **City/Area:** Plainfield/Brighton Lakes | |
| **Lot Size:** 75 X 103 X 100 X 101 | **# 11** |

**Agent Comments:**

**Remarks:** Priced To Sell Immediately-space Abounds In This 3 Bedroom Home With 17x14 Loft Area(4th Br) Very Open Floor Plan With Striking Vaulted Fr. Ceiling Accented By A Brick Masonry Fp & Skylights!very Spacious Eat-in Kitchen W/ Loads Of Cabd & Pantry.main Floor Lay Rm/ Fabulous Master Ste.inc.whirlpool& Wic.explosively Upgraded.part.fin.bmt!

**Features:** Type: 2 Story; Exterior: Avs,ct; Waterfront: N; Parking/#cars: G/2; Garage Desc:attached,2car Gar,auto Do. Utilities: Air:cen Air; Heat:gas,forced Air; Water:public; Sewer:sewer-pub. Interior: Basement:partial,partially Finishe; # Fireplace:1; Master Bath:y; Dining Room:sep; Other Rooms:loft,utl/lndry-1 Flr,wrk; Approx. Sf:2300.

Information deemed to be reliable although not guaranteed.

# Comparable Property Statistics

## Active Properties

| | |
|---|---|
| Total # of Listings | 3 |
| Lowest Listing Price | $ 229,900 |
| Average Listing Price | $ 250,083 |
| Highest Listing Price | $ 270,450 |
| Average Price/SqFt | $114 |
| Average Days on Market | 87 |
| Average Age/Year | 1999 |



## Expired Properties

| | |
|---|---|
| Total # of Listings | 5 |
| Lowest Listing Price | $ 175,000 |
| Average Listing Price | $ 232,320 |
| Highest Listing Price | $ 256,900 |
| Average Price/SqFt | $103 |
| Average Days on Market | 55 |
| Average Age/Year | 1995 |

# Comparable Property Statistics

## Pending Properties

| | |
|---|---|
| Total # of Listings | 1 |
| Lowest Listing Price | $ 239,900 |
| Average Listing Price | $ 239,900 |
| Highest Listing Price | $ 239,900 |
| Average Price/SqFt | $99 |
| Average Days on Market | 72 |
| Average Age/Year | 1992 |



## Sold Properties

| | |
|---|---|
| Total # of Listings | 2 |
| Lowest Sold Price | $ 171,000 |
| Average Sold Price | $ 179,250 |
| Highest Sold Price | $ 187,500 |
| Average Sold Price/SqFt | $82 |
| Average Days on Market | 99 |
| Average Age/Year | 1992 |





# Comparable Price Analysis



| Comparable Price Analysis | Sold Price | Price per Sq. Ft. |
|---|---|---|
| Low Price | $171,000 | |
| Average Price | $179,250 | $78 |
| High Price | $187,500 | $82 |

| Adjusted Price Analysis | Adjusted Sold Price | Price per Sq. Ft. |
|---|---|---|
| Low Price | $171,000 | |
| Average Price | $179,250 | $78 |
| High Price | $187,500 | $82 |

| Suggested List Price | $219,900 | $91 |
|---|---|---|

Seller _____                    Date _____

In re:   **John O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | |
| **50 Compact Discs** | | $ 100 |
| 06. Wearing Apparel | | |
| **Necessary wearing apparel** | | $ 600 |
| 07. Furs and jewelry. | | |
| **Zales - Jewelry** | J | $ 300 |
| **Earrings, watch, wedding rings, rings** | | $ 350 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | |
| **2 Hand Guns for Husband's Job** | | $ 100 |
| **Golf Clubs** | | $ 50 |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | |
| **Term Life Insurance w/ Primerica - No Cash Surrender Value - Husband's** | | None |
| **Term Life Insurance w/ Primerica - No Cash Surrender Value - Wife's** | | None |
| 10. Annuities | | [x] None |
| 11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans. | | |
| **Deferred Comp w/ Cook County - 100% Exempt.** | | $ 1,016 |
| **IRA w/ Templeton Funds - 100% Exempt.** | | $ 1,400 |
| **Pension w/ Cook County - 100% Exempt.** | | $ 20,000 |
| **401 (k) w/ Diversified Investment Advisors - 100% Exempt.** | | $ 16,083 |

In re:   **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [x] None |
| 13. Interest in partnerships or joint ventures. | | [x] None |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [x] None |
| 15. Accounts receivable | | [x] None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [x] None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [x] None |
| 18. Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debotr other than those listed in Schedule of Real Property. | | [x] None |
| 19. Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [x] None |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff cliams.  Give estimated value of each. | | |
| **Possible 2003 Tax Return** | | $  2,850 |
| 21. Patents, copyrights and other intellectual property. | | [x] None |
| 22. Licenses, franchises and other general intangibles. | | [x] None |
| 23. Autos, Truck, Trailers and other vehicles and accessories. | | |
| **GMAC -2004 Chevrolet Trailblazer w/ 2K miles** | J | $ 32,000 |
| **GMAC -2002 Chevrolet Astro Conversion Van w/20K miles** | J | $ 25,000 |
| 24. Boats, motors and accessories. | | [x] None |
| 25. Aircraft and accessories. | | [x] None |
| 26. Office equipment, furnishings, and supplies. | | [x] None |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | [x] None |
| 28. Inventory | | [x] None |
| 29. Animals | | [x] None |
| **Family Pets/Animals - Dog** | | |

In re:   **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None."  If additional space is needed in any category, attach a separate sheet property identified with the case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed   only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtor's Interest Before Claim |
|---|---|---|
| 30. Crops-Growing or Harvested. | | [x] None |
| 31. Farming equipment and implements. | | [x] None |
| 32. Farm supplies, chemicals, and feed. | | [x] None |
| 33. Other personal property of any kind not already listed. | | |
| **Island One Resorts-Timeshare in Kissimee, FL** | J | $  5,000 |
| Total | | $ 106,749 |

In re:   **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE C  -  PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| 00. Real Property | | | |
| 1903 Brighton Ln Plainfield, IL 60544  (Debtor's Residence) | 735 ILCS 5/12-901 | $  15,000 | $  220,000 |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associatens, or credit unions, brokerage houses, or | | | |
| TCF Bank Checking Account - Account #0826 | 735 ILCS 5/12-1001(b) | $   100 | $   100 |
| First Midwest Bank Checking Account with no balance - Account #5738 | x | | None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | | |

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C S522(d). Note: These exemptions are available only in certain states.
[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **04. Household goods and furnishings, including audio, video, and computer equipment.** | | | |
| Household goods;3 TV, DVD, camcorder, computer, CD player, fax, camera, VCR, stereo, sofa, loveseat, coffee table, end table, dining set, vacuum, table, chairs, lamps, entertainment center, 3 bedroom sets, washer/dryer, stove, refrigerator, microwave, freezer, pots/pans, dishes/flatware, lawn mower, snow blower, bbq grill, bikes, patio furn., tools, work tools, garden equip. | 735 ILCS 5/12-1001(b) | $ 1,000 | $ 1,500 |
| **05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | | |
| 50 Compact Discs | 735 ILCS 5/12-1001(a) | $ 100 | $ 100 |
| **06. Wearing Apparel** | | | |
| Necessary wearing apparel | 735 ILCS 5/12-1001(a),(e) | $ 600 | $ 600 |
| **07. Furs and jewelry.** | | | |
| Earrings, watch, wedding rings, rings | 735 ILCS 5/12-1001(a),(e) | $ 350 | $ 350 |
| **08. Firearms and sports, photographic, and other hobby equipment.** | | | |
| 2 Hand Guns for Husband's Job | 735 ILCS 5/12-1001(d) | $ 100 | $ 100 |
| Golf Clubs | 735 ILCS 5/12-1001(b) | $ 50 | $ 50 |
| **09. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each.** | | | |
| Term Life Insurance w/ Primerica - No Cash Surrender Value - Husband's | x | | None |
| Term Life Insurance w/ Primerica - No Cash Surrender Value - Wife's | x | | None |
| **11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans.** | | | |
| IRA w/ Templeton Funds - 100% Exempt. | 735 ILCS 5/12-1006 | $ 1,400 | $ 1,400 |

In re: **John  O'Malley and Denise N. O'Malley (Debtors)**

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[ ] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.

[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under aplicable nonbankruptcy law.

| Description of Property | Specify Law Providing Exemption | Value of Claimed Exemption | Market Value of Debtor's Interest Before Claim |
|---|---|---|---|
| **11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans.** | | | |
| Pension w/ Cook County - 100% Exempt. | 735 ILCS 5/12-1006 | $  20,000 | $  20,000 |
| 401 (k) w/ Diversified Investment Advisors - 100% Exempt. | 735 ILCS 5/12-1006 | $  16,083 | $  16,083 |
| Deferred Comp w/ Cook County - 100% Exempt. | 735 ILCS 5/12-1006 | $  1,016 | $  1,016 |
| **20. Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff cliams.  Give estimated value of each.** | | | |
| Possible 2003 Tax Return | 735 ILCS 5/12-1001(b) | $  2,850 | $  2,850 |
| **23. Autos, Truck, Trailers and other vehicles and accessories.** | | | |
| GMAC -2004 Chevrolet Trailblazer w/ 2K miles | 735 ILCS 5/12-1001(a),(e) | | $  32,000 |
| GMAC -2002 Chevrolet Astro Conversion Van w/20K miles | 735 ILCS 5/12-1001(c) | $  1,200 | $  25,000 |
| **29. Animals** | | | |
| Family Pets/Animals - Dog | x | | |
| **33. Other personal property of any kind not already listed.** | | | |
| Island One Resorts-Timeshare in Kissimee, FL | 735 ILCS 5/12-1001(a),(e) | | $  5,000 |

BY  WHOM

In re: **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien | HWJC | CONTINGENT | UNLIQUIDATED | DISPUTED | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|---|
| | Co-Debtor | | | | | | |
| **1 Best Buy**<br><br>Account No.  7001062102125600<br>Bankruptcy Department<br>PO Box 9001557<br>Louisville KY 40290 | 2003 Purchase Money Security<br><br>Value: $  300<br>Best Buy - electronics | J | | | | $  900 | $  600 |
| **2 GMAC**<br><br>Account No.  154 9049 57182<br>Bankruptcy Department<br>PO Box 217060<br>Auburn Hills MI 48321 | 2004 Lien on Vehicle<br><br>Value: $  32,000<br>GMAC -2004 Chevrolet Trailblazer w/ 2K miles | J | | | | $  36,500 | $  4,500 |
| **3 GMAC**<br><br>Account No.  154 9019 53686<br>Bankruptcy Department<br>PO Box 217060<br>Auburn Hills MI 48321 | 2002 Lien on Vehicle<br><br>Value: $  25,000<br>GMAC -2002 Chevrolet Astro Conversion Van w/20K miles | J | | | | $  31,859 | $  6,859 |
| **4 Household Mortgage**<br><br>Account No.  6802318<br>Bankruptcy Dept<br>961 Weigel Drive<br>Elmhurst IL 60126 | 1997 Mortgage<br><br>Value: $  220,000<br>1903 Brighton Ln Plainfield, IL 60544  (Debtor's Residence) | J | | | | $  182,200 | $  0 |
| **5 Household Mortgage**<br><br>Account No.  6802300<br>Bankruptcy Dept<br>961 Weigel Drive<br>Elmhurst IL 60126 | 1997 Mortgage - Second<br><br>Value: $  220,000<br>1903 Brighton Ln Plainfield, IL 60544  (Debtor's Residence) | J | | | | $  45,900 | $  0 |
| **6 Island One**<br><br>Account No.  PKY156341<br>Bankruptcy Department<br>PO BOX 11407<br>Birmingham AL 35246-0071 | 1994 Lien on Time Share Propert<br><br>Value: $  5,000<br>Island One Resorts-Timeshare in Kissimee, FL | J | | | | $  1,650 | $  0 |

In re: **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor's Name and Mailing address including Zip Code | Date claim was incurred, nature of lien and description and market value of property subject to lien | H W J C | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Amount of claim without deducting value of collateral | Unsecured portion, if any |
|---|---|---|---|---|---|---|---|
| | Co-Debtor | | | | | | |
| 7 **Zales** | 2004 Purchase Money Security | | | | | $    900 | $    600 |
| Account No.  6035 2510 2582 8067 Attn: Bankruptcy Department PMB 1104 7920 NW 100th St. Kansas City MO 64153-1270 | Value:  $    300 Zales - Jewelry | J | | | | | |
| | **TOTAL** | | | | | $    299,909 | |

In Re: **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labeled "HWJC".

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | H W J C | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | Claim Amount and Notes* |
|---|---|---|---|---|---|---|

**[x] None**

Description                    BY WHOM

In re: **John O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| | Creditor Name and Address | Date Claim Was Incurred<br>Account # | Claim Amount<br>Consideration for claim<br>hwjc | |
|---|---|---|---|---|
| 1 | **American Express**<br>Account No. 008000162126<br><br>Attn: Bankruptcy Dept.<br>Suite 0001 #1<br>Chicago IL 60679-0001 | 1998-2003<br><br>Credit Card or Credit Use | H | $ 2,100 |
| 2 | **American Express**<br>Account No. 3731 335181 31006<br><br>Attn: Bankruptcy Dept.<br>Suite 0001 #1<br>Chicago IL 60679-0001 | 2003<br><br>Credit Card or Credit Use | H | $ 200 |
| 3 | **American Express**<br>Account No. 3712 850560 21007<br><br>Attn: Bankruptcy Dept.<br>Suite 0001 #1<br>Chicago IL 60679-0001 | 1998-2003<br><br>Credit Card or Credit Use | H | $ 18,200 |
| 4 | **Chase**<br>Account No. 5491 0416 6027 2120<br><br>Attn: Bankruptcy Dept.<br>PO Box 15919<br>Wilmington DE 19850 | 1998-2003<br><br>Credit Card or Credit Use | W | $ 19,800 |
| 5 | **Chase**<br>Account No. 51833818 7000 6238<br><br>Attn: Bankruptcy Dept.<br>PO Box 15919<br>Wilmington DE 19850 | 2002<br><br>Credit Card or Credit Use | W | $ 1,500 |
| 6 | **Chase**<br>Account No. 51844500 8387 5256<br><br>Attn: Bankruptcy Dept.<br>PO Box 15919<br>Wilmington DE 19850 | 1998<br><br>Credit Card or Credit Use | W | $ 200 |

In re: **John O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred / Account # | Claim Amount / Consideration for claim / hwjc | |
|---|---|---|---|
| 7 **Citibank**<br>Account No.  5424181020220294<br><br>Bankruptcy Department<br>Box 8001<br>South Hackensack NJ 07606 | 1988-2003<br><br>Credit Card or Credit Use | W | $ 9,700 |
| 8 **Discover**<br>Account No.  6011 0070 0061 6960<br><br>Attn: Bankruptcy Department<br>PO Box 30395<br>Sale Lake City UT 84130-0395 | 1987-2003<br><br>Credit Card or Credit Use | W | $ 3,900 |
| 9 **Kohl's**<br>Account No.  0286350707<br><br>Bankruptcy Department<br>PO 2983<br>Milwaukee WI 53201 | 1999-2003<br><br>Credit Card or Credit Use | | $ 1,200 |
| 10 **MBNA America**<br>Account No.  5490 9901 3303 0187<br><br>Bankruptcy Department<br>3451 Harry S. Truman Blvd<br>St. Charles MO 63301 | 1993-2003<br><br>Credit Card or Credit Use | J | $ 2,500 |
| 11 **Menards**<br>Account No.  6004 3009 0420 5611<br><br>Attn: Bankruptcy Dept.<br>PO Box 6152<br>Rapid City SD 57709-6152 | 2003<br><br>Credit Card or Credit Use | H | $ 1,300 |
| 12 **Wells Fargo**<br>Account No.  62283639<br><br>Bankruptcy Department<br>1300 E. McGalliard<br>Muncie IN 47303 | 2003<br><br>Credit Card or Credit Use | J | $ 7,900 |

TOTAL     $     68,500

In re:  **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing address all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of credito

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
|---|---|

**[x] None**

---

In re:  **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|

**[x] None**

In re: **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Dependent(s) | KO,7,Dependent |
|---|---|
| | RO,5,Dependent |

**Debtor's Marital Status:**
**Married**

**EMPLOYMENT:**             SPOUSE

| | | |
|---|---|---|
| Occupation: | Cook County Deputy Sheriff | RN |
| Name of Employer: | Cook County | Edward Hospital |
| Years Employed | 17 years | 3 months |
| Employer Address: | 3026 South Califomai | |
| | Chicago    IL   60620 | Naperville    IL |

Debtor Second Job @

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME:** | | |
| Current monthly gross wages, salary, and commissions | 5,595.37 | 2,145.00 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| **SUBTOTAL** | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a.  Payroll taxes and social security | 595.86 | 390.52 |
| b.  Insurance | 17.33 | 0.00 |
| c.  Union dues | 0.00 | 0.00 |
| d.  Other:    Pension | 642.81 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $1,256.00 | $390.52 |
| TOTAL NET MONTHLY TAKE HOME PAY | 4,339.37 | 1,754.48 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social Security or other government assistance | $ 0.00 | |
| | | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| | $ 0.00 | |
| | | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 4,339.38 | $ 1,754.48 |
| TOTAL COMBINED MONTHLY INCOME | $ 6,093.86 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **John O'Malley and Denise N. O'Malley / Debtors**

: _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 1,292.00 |
| Are real estate taxes included?          [ ] Yes [x] No | | |
| | 2nd  Mortgage | 437.00 |
| Is property insurance included?          [ ] Yes [x] No | | |
| | 3rd Mortgage | 0.00 |
| Utilities:     Electricity and heating fuel | $ | 200.00 |
| Water and Sewer | $ | 75.00 |
| Telephone | $ | 100.00 |
| Other | $ | 0.00 |
| Cable | $ | 70.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 450.00 |
| Clothing | $ | 100.00 |
| Laundry and Dry Cleaning | $ | 80.00 |
| Medical and Dental expenses , Rx Medicines | $ | 50.00 |
| Transportation (not including car payments) | $ | 308.00 |
| Recreation, clubs, and entertainment,  etc. | $ | 80.00 |
| Newspapers, Magazines | $ | 20.00 |
| Charitable contributions | $ | 90.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | $ | 60.00 |
| Life | $ | 20.00 |
| Health | $ | 79.00 |
| Auto | $ | 130.00 |
| Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 450.00 |
| Installment Payments: | | |
| Auto | $ | 1,109.00 |
| Other | | |
| Auto Repair | $ | 100.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
| Other   Haircuts | $ | 80.00 |
| Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ | 80.00 |
| Postage/Banking | $ | 20.00 |
| Contacts | $ | 60.00 |
| Babysitting/Childcare | | |
| Tuition, Books | $ | 500.00 |
| Student  Loans | $ | 136.00 |
| Condo Asessment | $ | 65.00 |
| Cell Phones | $ | 50.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ | 6,341.00 |

In re: **John  O'Malley and Denise N. O'Malley / Debtors**

: _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In Re:

**John  O'Malley and Denise N. O'Malley / Debtors**          Case No. : _____

Attorney for Debtor: Sharon  Hunt

For:  Peter Francis Geraci

### SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED (YES / NO) | PAGES | A M O U N T S ASSETS | S C H E D U L E D LIABILITIES | OTHER |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | 220,000 | | |
| SCHEDULE B - Personal Property | Yes | — | 106,749 | | |
| SCHEDULE C - Exempt | Yes | | | | |
| SCHEDULE D - Secured | Yes | — | | 299,909 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | — | | 68,500 | |
| SCHEDULE G - Executory Contracts | Yes | — | | | |
| SCHEDULE H - CoDebtors | Yes | 1 | | | |
| SCHEDULE I - Income | Yes | 1 | | | 6,094 |
| SCHEDULE J - Expenditures | Yes | 1 | | | 6,341 |
| | | | $   326,749 | $   368,409 | |

In Re:    **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

**Sign: X** _____

Dated: ___ / ___ /2004    **John  O'Malley**

**Sign: X** _____

Dated: ___ / ___ /2004    **Denise N. O'Malley**

### SIGN AND DATE ABOVE

In Re:   **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statment concerning all such activities as well as the individual's personal affairs.

DEFINITIONS
"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS:  Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the 2 years immediately preceding this case calendar year.

   Debtor
   2004..........: Approx. $ 7,500
   2003..........: Approx. $ 61,500
   2002..........: Approx. $ 58,700
   Source........: Employment

   Spouse


   Spouse
   2004.......: Approx. $ 5,800
   2003.......: Approx. $ 27,000
   2002.......: Approx. $ 30,300
   Source..........: Employment

02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS:  State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Include all payments received from any source. Indicate multiple sources of income.     [x] None

Spouse     [x] None

03. PAYMENTS TO CREDITORS:   List all payments on loans, installments, purchases of goods or services, and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3 MONTHS.     [x] None

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding the commencement of this case or for the benefit of creditors who are or were insiders.     [x] None

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS:    [x] None
List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or
defendant or other party: include divorces, injury claims, employment claims and all others.

04b:  WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized    [x] None
under any legal or equitable process within 1 year:

05. REPOSSESSION, FORECLOSURES AND RETURNS:    List all property repossessed, sold at foreclosure    [x] None
sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:

06. ASSIGNMENTS AND RECEIVERSHIPS:  List assignment of property for benefit of creditors within 120 days    [x] None
before filing this bankruptcy:

List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.    [x] None

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case
except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity
contributions less than $100.00 per recipient.
    Recipient.............: Holy Family Church
    Address...............:
    Relationship to Debtor: Church
    Date of Gift..........: Monthly
    Description...........: Money
    Value.................: $90/month

08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:    [x] None

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER
FRANCIS GERACI: (by you, or by others for you, within 1 year of today)
    Payee...............: Law Offices of Peter Francis Geraci
    Address............: 55 East Monroe Street
    Address2........: Suite 3400
    Address3........: Chicago        IL 60603
    Date of Payment.: 02/27/04
    Payor...............: Debtor
    Payment/Value......: 2,295.00
In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on    [x] None
my contract of representation to work on my case.

10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give    [x] None
details:  (including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers,
quit-claim deeds, trusts)

11. If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit    [x] None
union or other accounts within 1 year of today, list details:

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities,    [x] None
cash, or other valuables within 1 year of today:

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within    [x] None
the past year.

14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (including but not limited to: minor's    [x] None
accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or
in possession of)

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:    [x] None

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state. [x] None

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "Hazardous material" means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc. under environmental Law. [x] None

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of every site & the governmental unit, date of the notice, & Environmental law. [x] None

b. If you provided notice of release of Hazardous Material, list name and address of every site and governmental unit. [x] None

c. If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give the name & address of governmental unit that is or was a party to the proceedings, & docket number. [x] None

18. a. List names, addresses, taxpayer ID #, nature of business, begin & end dates all businesses, sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity interest within 6 years of today.  List same if debtor is partnership or corporation.
Name Taxpayer ID# ADDRESS NATURE DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101. [x] None

b. Identify any business listed in subdivision a. that is "single asset real estate" as defined in 11 U.S.C. 101. [x] None

19. List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books of account and records. [x] None

b. List all firms or individuals who have audited the books of account and records, or prepared a financial statement of yours in the last 2 years. [x] None

c. List all firms or individuals who are now in possession of your books of account and records of the debtor. If any books or records are not available, explain. [x] None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the last 2 years. [x] None

20. INVENTORIES
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. [x] None

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above. [x] None

21A. Only if you are a partnership, list nature and percentage of interest of each member of it. [x] None

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns, controls, or holds 5% or more of the voting or equity securities of the corporation. [x] None

22. ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.                                [x] None

b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated              [x] None
within 1 year immediately preceding the commencement of this case.

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments,              [x] None
bonuses, loans etc. to insiders, including compensation in any form, in past year.

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last              [x] None
6 years.

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which              [x] None
debtor, as an employer, was responsible for contributing in last 6 years.

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR
I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and
any attachments thereto and that they are true and correct.

## Sign: X

Dated: __03__ / __01__ /2004        John  O'Malley

## Sign: X

Dated: __3__ / __1__ /2004        Denise N. O'Malley

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5
years or both.  18 U.S.C. SS 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re    **John O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

### STATEMENT OF INTENTION

Attorney for Debtor: Sharon Hunt

1. Debtor(s) have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. Debtor(s) intention with respects to this property of the estate which secures those consumer debts is as follows:

**Property to be Retained**

| Description of Property | Creditor's Name | Intention |
|---|---|---|
| Best Buy - electronics | **Best Buy** <br><br>Bankruptcy Department <br>PO Box 9001557 <br>Louisville KY 40290 | Reaff @ Fair Market Value |
| Zales - Jewelry | **Zales** <br><br>Attn: Bankruptcy Department <br>PMB 1104 <br>7920 NW 100th St. | Reaff @ Fair Market Value |
| 1903 Brighton Ln Plainfield, IL 60544 (Debtor's Residence) | **Household Mortgage** <br><br>Bankruptcy Dept <br>961 Weigel Drive <br>Elmhurst IL 60126 | Reaffirm 524 (c) |
| 1903 Brighton Ln Plainfield, IL 60544 (Debtor's Residence) | **Household Mortgage** <br><br>Bankruptcy Dept <br>961 Weigel Drive <br>Elmhurst IL 60126 | Reaffirm 524 (c) |
| GMAC -2004 Chevrolet Trailblazer w/ 2K miles | **GMAC** <br><br>Bankruptcy Department <br>PO Box 217060 <br>Auburn Hills MI 48321 | Reaffirm 524 (c) |
| GMAC -2002 Chevrolet Astro Conversion Van w/20K miles | **GMAC** <br><br>Bankruptcy Department <br>PO Box 217060 <br>Auburn Hills MI 48321 | Reaffirm 524 (c) |
| Island One Resorts-Timeshare in Kissimee, FL | **Island One** <br><br>Bankruptcy Department <br>PO BOX 11407 <br>Birmingham AL <br>35246-0071 | Reaffirm 524 (c) |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re    **John  O'Malley and Denise N. O'Malley / Debtors**

Case No. : _____

## STATEMENT OF INTENTION

<u>Attorney for Debtor: Sharon  Hunt</u>

1. Debtor(s) have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  Debtor(s) intention with respects to this property of the estate which secures those consumer debts is as follows:

\*524(c):  Debt will be reaffirmed pursuant to Sec. 524(c)

\*722:  Property is claimed as exempt and will be redeemed pursuant to Sec. 722

3.  Debtor(s)  understand that 521 (2) (B) of the Bankruptcy Code requires that the above stated intentions be performed within 45 days

Dated: ____03_,_01____ /2004

**Sign: X** _____
**John  O'Malley**

Dated: ____3_/__1_____ /2004

**Sign: X** _____
**Denise N. O'Malley**

## SIGN AND DATE ABOVE

# DISCLAIMER

1. DEBTS TO A SPOUSE, EX-SPOUSE OR CHILD OF YOURS FOR ALIMONY, MAINTENANCE OR SUPPORT in connection with a separation agreement, divorce decree or court order. DEBTS YOU AGREED TO ASSUME IN MARITAL SETTLEMENT AGREEMENTS are GENERALLY dischargeable. They are NON-DISCHARGEABLE only if your ex-spouse files an adversary complaint, and the Judge rules that (a) you do not have the ability to pay the debt OR (b) discharging such debt would result in a benfit to you that outweighs the detriment to ex-spouse or your child.

2. STUDENT LOANS, TUITION, EDUCATIONAL BENEFITS if government insured loan or owed to non-profit school unless you file a complaint within the bankruptcy to prove repayment would be an "undue hardship", and win.

3. CO-SIGNERS, JOINT APPLICANTS AND JOINT CARD HOLDERS ARE NOT PROTECTED. Creditors can collect from co-signors and put your bankruptcy on their credit report. You can usually prevent this by continuing to make the regular payments to the creditor. Creditors can liquidate collateral of your co-signer and refuse to continue payment in installments. Property you are joint on with other persons can be LIQUIDATED to pay your creditors.

4. TAX DEBTS. Most taxes are not discharged in bankruptcy. However, income tax debt (1040 type tax) can be discharged if the following four rules are met:
(1). The tax return was DUE at least 3 YEARS (plus extensions) before the filing of your bankruptcy case.
(2). You FILED your income tax return at least 2 YEARS before your bankruptcy was filed. You did not file a return if the tax authority or IRS had to file one for you, or if you didn't send the return to the District Director. (3). You did not wilfully intend to evade the tax.
(4). The tax must have been ASSESSED over 240 DAYS before the bankruptcy filing. We recommend you meet with the IRS or state department of revenue to make sure all the conditions have been met, before you hire us or file a bankruptcy. Fraudulent taxes and taxes on unfiled returns can be discharged in a Chapter 13 case. Time in an offers in compromise, & time in bankruptcy plus 6 months, will extend the above time periods. Employers' share of FICA & FUTA is dischargeable, but no trust fund taxes like the employee's funds or sales tax.

5. FINES OR PENALTIES OWED TO A GOVERNMENTAL UNIT. Parking & Traffic tickets, building code violations.

6. NON-FILING HUSBAND OR WIFE. If you choose to file individually, your spouse is not our client. Only your debts are discharged. If you want to protect a non-filing spouse, pay their bills or file a joint case with them. Family expenses such as medical bills, rent and necessities may be collected from a non-filing spouse. In Wisconsin, community property is liable for community debts.

7. DUI PERSONAL INJURIES, DEBTS YOU DON'T LIST.

8. DEBTS WHERE OBJECTION TO DISCHARGE IS SUCCESSFUL Creditors, the Trustee, or the Court, can try to deny you a discharge based on many factors, INCLUDING:
   a. Income sufficient to pay a percentage of your unsecured debt.
   b. Failure to keep books and records documenting your financial affairs.
   c. Luxury purchases or cash advances, either shortly before filing or without intent or ability to repay.
   d. Debts you made by false pretenses, breach of fiduciary duty, wilful and malicious injuries to others
   e. BENEFITS OVERPAYMENTS like aid or unemployment if a determination of fraud has been made before or during your bankruptcy.
   f. Failure to appear at meetings, court dates, or co-operate with Trustee.

9. INTEREST ON NON-DISCHARGEABLE DEBTS in a Chapter 13 continues to accrue, and CREDITORS WHO DO NOT FILE CLAIMS in your Chapter 13 plan within 90 days (180 days for governmental units) of the meeting of creditors, do not get paid. Your plan and their claim should provide for interest at contract rate, or you will have to pay the debt outside the Chapter 13 plan. Property taxes must be paid by you directly to avoid sale for delinquent taxes.

10. LIQUIDATION OF REAL AND PERSONAL PROPERTY. If you file a Chapter 7, any property that is not protected on Schedule C pursuant to state or federal law is taken and sold by the trustee to pay creditors. You agree to assume the risk that your property will be taken and sold by the bankruptcy trustee (at or less than what it is worth) if we can't protect it under applicable state law. You get a discharge, but the trustee can take property not listed and exempted on schedules B and C and sell it for whatever price will provide some benefit to creditors. The trustee can also challenge and deny exemptions you claim.

11. CHANGE IN LAWS. Laws & court cases change constantly. We can file your case today if you pay us in full (some attorneys give credit, we don't) pay the filing fee and sign your petition in our main office. ANY DELAY BEYOND TODAY IS YOUR REPSONSIBILITY. ADVERSE RULINGS Judges that sit in adjoining courtrooms can rule differently on the same facts. We can predict but cannot guarantee that a judge will or will not rule against you. You must accept the risk of a judge ruling against you, as in any lawsuit.

12. PAYMENTS TO CREDITORS YOU PREFERRED to pay more than $600 in front of others, within 1 yr if a relative or insider, or within 90 days if another creditor, so don't pay off debts to keep credit cards or protect others. TRANSFERS OF PROPERTY within 4 years that made you unable to pay your debts at the time can be reversed by a Trustee and the transferee will have to give back the property you transferred.

13. SURRENDER OF PROPERTY Bankruptcy gets rid of debts, but real estate, condos and time shares remain in your name until a foreclosure sale or the lender accepts a deed in lieu of foreclosure. Turn condo keys over to condo association or remain liable for assessments after filing, and make sure you keep buildings & land insured and maintained and secured until it is taken back by lender or out of your name. If you let a house go vacant and pipes explode or someone gets killed in there you may be liable.

14. RIGHT TO RECEIVE inheritances, tax refunds, injury claims, compensation of any kind, insurance or realty commissions, are property of the bankruptcy estate and you will surrender these to the trustee unless they are claimed exempt on Schedule C, and no objection to your claim of exemption is upheld. Do not deduct extra money from taxes so you are entitled to a refund, change your W-9 if necessary.

15. JOINT ACOUNT HOLDERS holders entire amount in the account could be taken by the trustee under Chapter 7.

16. MARRIED COUPLES GOING THROUGH DIVORCE: We have been advised to seek independent counsel for our bankruptcy. We understand that Peter Francis Geraci does not represent us with regard to any divorce matters and does not make any representations regarding what will happen in divorce court. We have decided to file a bankruptcy together dispite the fact that we are getting a divorce and our interests could be adverse. We have agreed to cooperate with each other in this joint bankruptcy.

17. AUTO LEASES or INSTALLMENT AGREEMENTS to purchase things, leases and almost all contracts will be void after bankruptcy. They are "executory contracts", and if they are of no benefit to the bankruptcy estate and not assumed within 60 days of filing, they are void. Debtors have been warned of this, and unless there is a novation under state law, or agreement not to use bankrptcy to void the contrac,t the debtors rights under the contract are extinguished. Debtor agrees to be responsible for obtaining such agreements or losing rights under such contracts. Debtor agrees that his or her attorney will not file motions to assume such contracts.

The Undersigned have read the above & assume the risk that a debt is not discharged in bankruptcy, that our non-exempt property will be taken and sold by the bankruptcy trustee if it can't be protected, that the trustee might object if I/we have excess income, or change in State, Federal or Bankruptcy laws before the case is filed in Court AND WE HAVE TO READ, CHECK, & MAKE SURE OUR PETITION IS ACCURATE!!!!

John O'Malley

Denise N. O'Malley

American Express
Attn: Bankruptcy Dept.
Suite 0001 #1
Chicago, IL 60679

American Express
Attn: Bankruptcy Dept.
Suite 0001 #1
Chicago, IL 60679

American Express
Attn: Bankruptcy Dept.
Suite 0001 #1
Chicago, IL 60679

Best Buy
Bankruptcy Department
PO Box 9001557
Louisville, KY 40290

Chase
Attn: Bankruptcy Dept.
PO Box 15919
Wilmington, DE 19850

Chase
Attn: Bankruptcy Dept.
PO Box 15919
Wilmington, DE 19850

Chase
Attn: Bankruptcy Dept.
PO Box 15919
Wilmington, DE 19850

Citibank
Bankruptcy Department
Box 8001
South Hackensack, NJ 07606

Discover
Attn: Bankruptcy Department
PO Box 30395
Sale Lake City, UT 84130

GMAC
Bankruptcy Department
PO Box 217060
Auburn Hills, MI 48321

GMAC
Bankruptcy Department
PO Box 217060
Auburn Hills, MI 48321

Household Mortgage
Bankruptcy Dept
961 Weigel Drive
Elmhurst, IL 60126

Household Mortgage
Bankruptcy Dept
961 Weigel Drive
Elmhurst, IL 60126

Island One
Bankruptcy Department
PO BOX 11407
Birmingham, AL 35246

Kohl's
Bankruptcy Department
PO 2983
Milwaukee, WI 53201

MBNA America
Bankruptcy Department
3451 Harry S. Truman Blvd
St. Charles, MO 63301

Menards
Attn: Bankruptcy Dept.
PO Box 6152
Rapid City, SD 57709

Wells Fargo
Bankruptcy Department
1300 E. McGalliard
Muncie, IN 47303

Zales
Attn: Bankruptcy Department
PMB 1104 7920 NW 100th St.
Kansas City, MO 64153

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

In Re:   **John  O'Malley and Denise N. O'Malley / Debtors**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated: _____07___/___01___/2004

_____
John  O'Malley

Dated: _____3___/___1___/2004

_____
Denise N. O'Malley

**SIGN AND DATE ABOVE**