## TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. Trustee identified the Estates' potential interest in the PI Case and contacted counsel representing the Debtors for additional information about the PI Case; Trustee determined that there was potential equity to the Estate and continued to monitor the PI Case for approximately four (4) years; ultimately, Debtors received a settlement offer for $40,000.00 ("Proceeds"); Trustee analyzed the settlement offer and directed her counsel and special counsel to obtain court authority and settle the PI Case; pursuant to the terms of the settlement, Trustee paid the liens, totaling $1,350.00, which attached to the Proceeds;

B. The Trustee prepared semi-annual reports to the United States Trustee's Office;

C. The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements;

D. The Trustee examined the Debtors' records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets;

E. The Trustee analyzed tax matters concerning the Estate and determined that there were no tax returns due to be filed; and

F. The Trustee reviewed the claims filed in this case including, lien claims attaching to the PI Case; the administrative claim of special counsel for contingency fees and expenses and the Debtors' claimed exemption against the PI Case.

**EXHIBIT A**