UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| John O'Malley, | ) | CASE NO.  04 B 08836 |
| Denise O'Malley, | ) | |
| | ) | |
| DEBTORS. | ) | HON.  Bruce W. Black. |

**AMENDED NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:    Deborah Kanner Ebner, Esq.**
**Law Offices of Deborah Kanner Ebner**
**11 east Adams**
**Suite 800**
**Chicago, IL 60603**
**Registrant's e-mail: DKEbner@aol.com**

**Please Take Notice** that on **January 6, 2009**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: January 6, 2009            BY: /s/ Dean C. Harvalis
Dean C. Harvalis, Assistant U.S. Trustee
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn Street, Room 873
CHICAGO, ILLINOIS  60604
(312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on January 6, 2009.

/s/ Dean C. Harvalis