**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JOHN & DENISE N. OMALLEY, | ) | CASE NO. 04-08836 BWB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtors | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtors, Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  Will County Court Annex
         57 N. Ottawa St., Room 201
         Joliet, Illinois 60432

    on:  **February 20, 2009**
    at:  **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                            $      40,000.50

    b. Disbursements                       $      23,728.10

    c. Net Cash Available for Distribution $      16,272.40

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation/Exp. Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Deborah K. Ebner, Trustee | $ 0.00 | $ 4,000.05 | $ 265.78 |
| Denise O'Malley, *Debtor's exemption* | $ 7,500.00 | $ 0.00 | $ 0.00 |
| Sweeney, *Trustee's Special Counsel (Other Firm)* | $ 14,878.10 | $ 0.00 | $ 0.00 |
| Law Office of Deborah K. Ebner, *Trustee's General Counsel (Trustee* | $ 0.00 | $ 3,194.00 | $ 0.00 |

*Firm)*

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be <u>0.00</u>%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $<u>26,118.62</u>, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $<u>33.74</u>%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | $ 3,815.34 | $ 1,287.32 |
| 2 | Chase Bank USA,N.A. | $ 977.84 | $ 329.93 |
| 3 | LVNV Funding LLC its successors and assigns | $ 1,026.70 | $ 346.41 |
| 4 | Ameriprise Bank FSB | $ 1,950.43 | $ 658.09 |
| 5 | American Express Centurion Bank | $ 209.85 | $ 70.80 |
| 6 | American Express Centurion Bank | $ 18,138.46 | $ 6,120.02 |

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:


Dated:   **January 13, 2009**          For the Court,


By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Jan 13, 2009
Case: 04-08836                Form ID: pdf002             Total Served: 23

The following entities were served by first class mail on Jan 15, 2009.
 db           +John O'Malley,    1903 Brighton Ln,    Plainfield, Il 60586-7826
 jdb          +Denise N O'Malley,    1903 Brighton Ln,    Plainfield, Il 60586-7826
 aty          +Deborah K Ebner,    Law Office of Deborah Kanner Ebner,    11 E Adams St Ste 800,
                Chicago, IL 60603-6324
 aty          +Sharon L Hunt,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
                Chicago, IL 60603-5920
 tr           +Deborah Kanner Ebner,    11 E Adams St,   Suite 800,    Chicago, IL 60603-6324
7845273        American Express,    Attn: Bankruptcy Dept.,    Suite 0001 #1,    Chicago, IL 60679-0001
7845284        American Express Centurion Bank,     c/o Becket and Lee, LLP,    P.O. Box 3001,
                Malvern, PA 19355-0701
12118806       Ameriprise Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7845275       +Chase,    Attn: Bankruptcy Dept.,    PO Box 15919,    Wilmington, DE 19850-5919
11976405      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
                Dallas, TX 75374-0933
7845269       +Citibank,    Bankruptcy Department,    Box 8001,    South Hackensack, NJ 07606-8001
7845281       +GMAC,   Bankruptcy Department,     PO Box 217060,    Auburn Hills, MI 48321-7060
7845279       +Household Mortgage,    Bankruptcy Dept,   961 Weigel Drive,     Elmhurst, IL 60126-1058
7845286        Island One,   Bankruptcy Department,    PO BOX 11407,    Birmingham, AL 35246-0071
7845268       +Kohl's,    Bankruptcy Department,    PO 2983,    Milwaukee, WI 53201-2983
7845274       +MBNA America,    Bankruptcy Department,    3451 Harry S. Truman Blvd,    St. Charles, MO 63301-4047
7845282       +Wells Fargo,    Bankruptcy Department,    1300 E. McGalliard,    Muncie, IN 47303-2274
7845278       +Zales,    Attn: Bankruptcy Department,    PMB 1104,    7920 NW 100th St.,
                Kansas City, MO 64153-1300

The following entities were served by electronic transmission on Jan 14, 2009.
7845270       +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2009 04:17:57      Best Buy,   Bankruptcy Department,
                PO Box 9001557,    Louisville, KY 40290-1557
7845272        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2009 04:19:18      Discover,
                Attn: Bankruptcy Department,    PO Box 30395,   Sale Lake City, UT 84130-0395
11912932       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2009 04:19:18
                Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany OH 43054-3025
7845268       +E-mail/PDF: cr-bankruptcy@kohls.com Jan 14 2009 04:18:14     Kohl's,    Bankruptcy Department,
                PO 2983,   Milwaukee, WI 53201-2983
12118042       E-mail/Text: resurgentbknotifications@resurgent.com
                LVNV Funding LLC its successors and assigns as,     assignee of Citibank, N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
7845271        E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2009 04:17:59      Menards,   Attn: Bankruptcy Dept.,
                PO Box 6152,    Rapid City, SD 57709-6152
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7845283*       American Express,    Attn: Bankruptcy Dept.,    Suite 0001 #1,    Chicago, IL 60679-0001
12119111*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12119112*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
7845276*      +Chase,    Attn: Bankruptcy Dept.,    PO Box 15919,    Wilmington, DE 19850-5919
7845277*      +Chase,    Attn: Bankruptcy Dept.,    PO Box 15919,    Wilmington, DE 19850-5919
7845285*      +GMAC,   Bankruptcy Department,     PO Box 217060,    Auburn Hills, MI 48321-7060
7845280*      +Household Mortgage,    Bankruptcy Dept,   961 Weigel Drive,     Elmhurst, IL 60126-1058
                                                                                              TOTALS: 0, * 7

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2009**                              **Signature:**   *Joseph Speetjens*