UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| John O'Malley and | ) | Case No: 04 B 08836 |
| Denise O'Malley | ) | |
| | ) | Honorable Bruce W. Black (Joliet) |
| Debtor, | ) | |
| | ) | |

### Findings of Fact and Conclusions of Law in Support of Order Not Awarding to the Law Office of Deborah K. Ebner, Attorney for the Trustee, an Allowance and Payment of Interim Compensation and Reimbursement of Expenses.

| | | | | |
|---|---|---|---|---|
| Total Fees Requested: | $3,194.00 | | Total Costs Requested: | $ 0.00 |
| Fees Disallowed: | $3,194.00 | | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $    0.00 | | Total Costs Allowed: | $ 0.00 |

Total Fees and Costs Allowed:        $ 0.00

This Chapter 7 case was filed on March 5, 2004. At the time of filing, the Debtor had a personal injury suit pending in state court and was represented in that case by attorney Michael E. Sweeney.

The section 341 meeting was conducted in this case on May 5, 2004, and on May 18, 2004 the trustee filed an Initial Report of Assets. Four years later, on April 9, 2008, the trustee filed a motion to approve compromise regarding the personal injury claim. The motion also sought to employ the Law Office of Deborah K. Ebner and the Law Office of Michael E. Sweeney and Associates as counsel to the trustee. The court entered the order granting that motion on May 9, 2008. On November 21, 2008 an order was entered granting attorney Michael Sweeney compensation and expense reimbursement for professional services rendered in the representation of the debtor in the personal injury case.

The Law Office of Deborah K. Ebner now seeks compensation for representation of the trustee, that representation amounting to the filing of one motion and the instruction of attorney Michael Sweeney regarding the proceeds from the personal injury claim. The court being duly advised,

IT IS HEREBY ORDERED that the compensation requested by the Law Office of Deborah K. Ebner is for services statutorily assigned to the trustee under section 704 of the Bankruptcy Code and is, therefore, disallowed in full. See *In re McKenna*, 93 B.R. 238 (Bankr. E.D. Cal. 1988), *In re King*, 88 B.R. 768 (Bankr. E.D. Va. 1988), *In re Holub*, 129 B.R. 294 (Bankr. M.D. Fla. 1991).

The Law Office of Deborah K. Ebner, attorney for the trustee is hereby not awarded an allowance of interim compensation as set forth above.

Dated: **29 MAY 2009**

Entered:

/s/ Bruce W. Black

Bruce W. Black
United States Bankruptcy Court