# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: OMALLEY, JOHN  
      OMALLEY, DENISE N.

Case No. 04-08836-BB

Chapter 7

Debtors

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $74,849.00 |
| Total Distribution to Claimants: $6,611.52 | Claims Discharged Without Payment: $63,963.93 |
| Total Expenses of Administration: $18,393.93 | |

    3) Total gross receipts of $ 40,005.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $25,005.45 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $299,009.00 | $1,350.00 | $1,350.00 | $1,350.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 21,587.93 | 18,393.93 | 18,393.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 69,400.00 | 26,325.45 | 26,325.45 | 5,261.52 |
| **TOTAL DISBURSEMENTS** | $368,409.00 | $49,263.38 | $46,069.38 | $25,005.45 |

    4) This case was originally filed under Chapter 7 on March 05, 2004.
. The case was pending for 78 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2010     By: /s/DEBORAH K. EBNER
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury : date of loss - 03/01/2004 | 1142-000 | 40,000.00 |
| Interest Income | 1270-000 | 5.45 |
| **TOTAL GROSS RECEIPTS** | | **$40,005.45** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Denise M. O'Malley | Debtor's exemption payment | 8100-002 | 7,500.00 |
| John O'Malley | Debtor's exemption payment | 8100-002 | 7,500.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Household Mortgage Bankruptcy Dept | 4110-000 | 45,900.00 | N/A | N/A | 0.00 |
| Island One Bankruptcy Department | 4110-000 | 1,650.00 | N/A | N/A | 0.00 |
| Household Mortgage Bankruptcy Dept | 4110-000 | 182,200.00 | N/A | N/A | 0.00 |
| GMAC Bankruptcy Department | 4110-000 | 36,500.00 | N/A | N/A | 0.00 |
| GMAC Bankruptcy Department | 4110-000 | 31,859.00 | N/A | N/A | 0.00 |
| Best Buy Bankruptcy Department | 4110-000 | 900.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Blue Cross Blue Shield | 4210-000 | N/A | 550.00 | 550.00 | 550.00 |
| Diversified Acceptance | 4210-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL SECURED CLAIMS** | | $299,009.00 | $1,350.00 | $1,350.00 | $1,350.00 |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 3,250.05 | 3,250.05 | 3,250.05 |
| DEBORAH K. EBNER | 2200-000 | N/A | 265.78 | 265.78 | 265.78 |
| Law Office of Deborah K. Ebner | 3110-000 | N/A | 3,194.00 | 0.00 | 0.00 |
| Michael E. Sweeney & Assoc. | 3210-600 | N/A | 13,333.33 | 13,333.33 | 13,333.33 |
| Michael E. Sweeney & Assoc. | 3220-610 | N/A | 1,544.77 | 1,544.77 | 1,544.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 21,587.93 | 18,393.93 | 18,393.93 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Discover Bank/DFS Services LLC | 7100-000 | 3,900.00 | 3,815.34 | 3,815.34 | 768.59 |
| Chase Bank USA,N.A. | 7100-000 | 1,200.00 | 977.84 | 977.84 | 196.98 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | 900.00 | 1,026.70 | 1,026.70 | 0.00 |
| Ameriprise Bank FSB | 7100-000 | 2,100.00 | 1,950.43 | 1,950.43 | 392.91 |
| American Express Centurion Bank | 7100-000 | 200.00 | 209.85 | 209.85 | 42.27 |
| American Express Centurion Bank | 7100-000 | 18,200.00 | 18,138.46 | 18,138.46 | 3,653.94 |
| Chase Bankruptcy Dept. | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| Chase Bankruptcy Dept. | 7100-000 | 19,800.00 | N/A | N/A | 0.00 |
| Menards Bankruptcy Dept. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| Wells Fargo Bankruptcy Department | 7100-000 | 7,900.00 | N/A | N/A | 0.00 |
| MBNA America | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| Chase Bankruptcy Dept. | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| Citibank Bankruptcy Department | 7100-000 | 9,700.00 | N/A | N/A | 0.00 |
| Clerk of Court | 7100-000 | N/A | 206.83 | 206.83 | 206.83 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 69,400.00 | 26,325.45 | 26,325.45 | 5,261.52 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-08836-BB  **Trustee:** (330480) DEBORAH K. EBNER
**Case Name:** OMALLEY, JOHN  **Filed (f) or Converted (c):** 03/05/04 (f)
OMALLEY, DENISE N.  **§341(a) Meeting Date:** 05/05/04
**Period Ending:** 09/06/10  **Claims Bar Date:** 04/21/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property | 220,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods | 1,800.00 | 0.00 | | 0.00 | FA |
| 4 | Books, pictures, | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 650.00 | 0.00 | | 0.00 | FA |
| 7 | Firearms | 150.00 | 0.00 | | 0.00 | FA |
| 8 | Pensions/IRA | 38,499.00 | 0.00 | | 0.00 | FA |
| 9 | Tax Refunds | 2,850.00 | 0.00 | | 0.00 | FA |
| 10 | Automobiles | 57,000.00 | 0.00 | | 0.00 | FA |
| 11 | Other personal property | 5,000.00 | 3,350.00 | | 0.00 | FA |
| 12 | Personal injury : date of loss - 03/01/2004<br>  Trustee received net proceeds of $38,650.00, after liens totaling $1,350 (Blue Cross ($550) and Diversified Acceptance ($800)) that attached to the settlement proceeds were deducted from the proceeds before turnover to Trustee | Unknown | Unknown | | 40,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 5.45 | FA |
| 13 | Assets     Totals (Excluding unknown values) | **$326,749.00** | **$3,350.00** | | **$40,005.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

Final report filed and distribution made.  Payment stopped. Trustee will turnover funds to the court.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009    **Current Projected Date Of Final Report (TFR):**   December 5, 2008  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 04-08836-BB  
**Case Name:** OMALLEY, JOHN  
OMALLEY, DENISE N.  
**Taxpayer ID #:** **-***8989  
**Period Ending:** 09/06/10

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****41-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/08 | | Automobile Club INsurance Association | Personal Injury settlement | | 38,650.00 | | 38,650.00 |
| | {12} | Automobile Club Insurance Assoc. | | 40,000.00 | 1142-000 | | 38,650.00 |
| | | Blue Cross Blue Shield | | -550.00 | 4210-000 | | 38,650.00 |
| | | Diversified Acceptance | | -800.00 | 4210-000 | | 38,650.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.50 | | 38,650.50 |
| 11/23/08 | | To Account #********4166 | to disburse fee and expense award to special counsel per order | 9999-000 | | 15,000.00 | 23,650.50 |
| 11/25/08 | | To Account #********4166 | to disburse exemption to debtor | 9999-000 | | 7,500.00 | 16,150.50 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 2.75 | | 16,153.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.14 | | 16,154.39 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 16,155.04 |
| 02/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest | 1270-000 | 0.41 | | 16,155.45 |
| 02/19/09 | | To Account #********4166 | Transfer | 9999-000 | | 16,155.45 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 38,655.45 | 38,655.45 | $0.00 |
| | | Less: Bank Transfers | | | 0.00 | 38,655.45 | |
| | | **Subtotal** | | | 38,655.45 | 0.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$38,655.45** | **$0.00** | |

{} Asset reference(s)

Printed: 09/06/2010 01:26 PM   V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 04-08836-BB | **Trustee:** | DEBORAH K. EBNER (330480) |
|---|---|---|---|
| **Case Name:** | OMALLEY, JOHN | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | OMALLEY, DENISE N. | **Account:** | ***-*****41-66 - Checking Account |
| **Taxpayer ID #:** | **-***8989 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 09/06/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/23/08 | | From Account #********4165 | to disburse fee and expense award to special counsel per order | 9999-000 | 15,000.00 | | 15,000.00 |
| 11/23/08 | 101 | Michael E. Sweeney & Associates | Fees per Order of 11/21/08 | 3210-600 | | 13,333.33 | 1,666.67 |
| 11/23/08 | 102 | Michael E. Sweeney | Expenses per Order of 11/21/08 | 3220-610 | | 1,544.77 | 121.90 |
| 11/25/08 | | From Account #********4165 | to disburse exemption to debtor | 9999-000 | 7,500.00 | | 7,621.90 |
| 11/25/08 | 103 | Denise M. O'Malley | Debtor's exemption payment | 8100-002 | | 7,500.00 | 121.90 |
| 02/19/09 | | From Account #********4165 | Transfer | 9999-000 | 16,155.45 | | 16,277.35 |
| 06/22/09 | 104 | Discover Bank/DFS Services LLC | Final Distribution | 7100-000 | | 768.59 | 15,508.76 |
| 06/22/09 | 105 | Chase Bank USA,N.A. | Final Distribution | 7100-000 | | 196.98 | 15,311.78 |
| 06/22/09 | 106 | LVNV Funding LLC its successors and assigns as | Final Distribution Stopped on 01/26/10 | 7100-000 | | ! 206.83 | 15,104.95 |
| 06/22/09 | 107 | American Express Centurion Bank | Final Distribution | 7100-000 | | 42.27 | 15,062.68 |
| 06/22/09 | 108 | American Express Centurion Bank | Final Distribution | 7100-000 | | 3,653.94 | 11,408.74 |
| 06/22/09 | 109 | DEBORAH K. EBNER | Per Order of 5/29/09 | 2100-000 | | 3,250.05 | 8,158.69 |
| 06/22/09 | 110 | DEBORAH K. EBNER | Expenses per Order of 5/29/09 | 2200-000 | | 265.78 | 7,892.91 |
| 06/22/09 | 111 | John O'Malley | Debtor's exemption payment | 8100-002 | | 7,500.00 | 392.91 |
| 06/22/09 | 112 | Ameriprise Bank FSB | Final Distribution | 7100-000 | | 392.91 | 0.00 |
| 01/26/10 | 106 | LVNV Funding LLC its successors and assigns as | Final Distribution Stopped: check issued on 06/22/09 | 7100-000 | | ! -206.83 | 206.83 |
| 01/29/10 | 113 | Clerk of Court | Unclaimed funds | 7100-000 | | 206.83 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 38,655.45 | 38,655.45 | $0.00 |
| | | | Less: Bank Transfers | | 38,655.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 38,655.45 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $23,655.45 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****41-65** | 38,655.45 | 0.00 | 0.00 |
| **Checking # ***-*****41-66** | 0.00 | 23,655.45 | 0.00 |
| | $38,655.45 | $23,655.45 | $0.00 |

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 09/06/2010 01:26 PM   V.12.52